# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DARRON WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:24-cv-2058 |
| | ) | |
| SCH SERVICES, LLC, | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## COMPLAINT
## PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES

COMES NOW plaintiff, DARRON WALKER, by and through his undersigned counsel and complains of defendant, SCH SERVICES, LLC as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1. This cause is brought pursuant to 46 U.S.C. Section 30104, (commonly called the Jones Act) and the general Maritime Law of the United States, (including the doctrines of negligence, unseaworthiness and maintenance and cure) and this Honorable Court therefore has subject matter jurisdiction of this cause pursuant to 46 U.S.C. Section 30104.

2. Defendant SCH SERVICES, LLC's principal place of business is within this judicial district and, therefore, this Court has personal jurisdiction over the defendant and venue is therefore proper under 28 U.S. Code §1391(b)(1).

3. In addition, a substantial part of the events giving rise to this suit occurred in this District within the meaning of 28 U.S. Code §1391(b)(2). Venue is therefore also proper in this district pursuant to that statute.

# COUNT I
(Jones Act Negligence – SCH Services, LLC)

1. On or about December 22, 2021, plaintiff, DARRON WALKER, was employed by defendant, SCH Services, LLC as a member of the crew of the *M/V Susan Kaye*, a harbor boat owned, operated or controlled by defendant SCH SERVICES, LLC and which was at all times mentioned in this Complaint a vessel. Plaintiff is therefore a seaman within the meaning of the Jones Act, 46 U.S.C. §30104 and brings this suit under that statute.

2. At that time, the vessel to which plaintiff was assigned was on the Mississippi River assisting in loading coal into a string of five barges at or near Rockwood, Illinois.

3. At said time and place, the Jones Act imposed upon defendant SCH Services, LLC the legal duties to:

   a. provide plaintiff with a reasonably safe place to work;

   b. provide plaintiff with adequate training and assistance to perform his assigned job duties safely;

   c. timely warn plaintiff of any dangers in the work place that defendant SCH Services, LLC knew of or in the exercise of ordinary care should have known of;

   d. provide the plaintiff with reasonably safe tools, equipment and methods of work;

   e. provide plaintiff with sufficient, competent and adequate assistance and supervision so that plaintiff could perform his duties safely.

4. At said time and place, in the course of his duties for defendant, a fouled line struck plaintiff's left arm, causing multiple fractures in plaintiff's wrist and arm and injuring other parts of his body.

5. At said time and place, defendant SCH SERVICES, LLC acting through its officers, employees, and agents was negligent and breached its aforesaid legal duties in one or more of the following respects:

    a. failed to warn plaintiff that the barge string was about to come ahead;

    b. failed to provide effective and adequate means of communication in order to convey proper warnings to the plaintiff in timely fashion;

    c. failed to provide effective and adequate means of communication in order to coordinate the work;

    d. failed to provide plaintiff with a adequate assistance, supervision and safe methods of work;

    e. failed to provide plaintiff with sufficient training to enable him to perform his job duties safely.

6. As a cause, in whole or in part, of one or more of defendant SCH SERVICES, LLC's aforesaid negligent acts or omissions, plaintiff sustained a fracture of the scaphoid bone of the left wrist, a non-union fracture of the styloid process of the left ulna, complex regional pain syndrome, injuries to his right shoulder, injuries to his neck, back, cervical spine, and nervous system, resulting in pain and suffering in the past and reasonably certain to continue into the future, loss of a normal life in the past and reasonably certain to continue into the future, disability and disfigurement in the past and reasonably certain to continue into the future, the loss of wages in the past and reasonably certain to continue into the future, loss of earning capacity, and medical and hospital expenses in the past and reasonably certain to continue into the future.

WHEREFORE plaintiff prays for judgment against defendant, SCH SERVICES, LLC, in an amount of actual damages which is fair and reasonable plus costs of suit, prejudgment interest and for such other and further relief as justice may require.

## COUNT II
(Unseaworthiness)

1-5. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 5, inclusive, as and for paragraphs 1-5 of Count II.

6. At said time and place, the General Maritime Law of the United States held defendant SCH Services, LLC as the owner or owner *pro hac vice* of the harbor boat to warrant the seaworthiness of the vessel, its crew, equipment and appurtenances.

7. At said time and place, the defendant SCH Services, LLC breached its warranty of seaworthiness in that the line was an appurtenance of the vessel and was fouled down on the deck fitting making it unsuitable for its intended use, the vessel had an inadequate and improperly trained crew, and inadequate and insufficient means of communication.

8. As a direct and proximate result of one or more of the aforesaid unseaworthy conditions, plaintiff sustained a fracture of the scaphoid bone of the left wrist, a non-union fracture of the styloid process of the left ulna, complex regional pain syndrome, injuries to his neck, back, spine, and nervous system, resulting in pain and suffering in the past and reasonably certain to continue into the future, loss of a normal life in the past and reasonably certain to continue into the future, disability and disfigurement in the past and reasonably certain to continue into the future, the loss of wages in the past and reasonably certain to continue into the

future, loss of earning capacity, and medical and hospital expenses in the past and reasonably certain to continue into the future.

WHEREFORE plaintiff prays for judgment against defendant, SCH SERVICES, LLC, , in an amount of actual damages which is fair and reasonable plus costs of suit, prejudgment interest and for such other and further relief as justice may require.

## (COUNT III)
(Maintenance and Cure)

1. The injuries described in Count II were sustained while plaintiff was in the service of the defendant's vessel.

2. The plaintiff has incurred extensive medical expense for treatment and other services.

3. Plaintiff has not yet reached a point of maximum cure and further medical and prosthetic expenses will be incurred in the future.

4. The defendant has failed to meet its duty under General Maritime Law to provide its employee, the plaintiff, with full and adequate maintenance and cure for said injuries.

5. Defendant's failure is in contravention of plaintiff's established maritime rights.

WHEREFORE, plaintiff, DARRON WALKER, by and through his undersigned attorneys, respectfully prays that this Honorable Court enter judgment in his favor and against defendant, SCH SERVICES, LLC, in an amount of not less than $50.00 per day as and for reasonable maintenance, to pay the reasonable cost of medical expenses incurred to date and reasonably certain to be incurred for the diagnosis and treatment of his injuries, together with

legal interest thereon, and for all costs of these proceedings, and all general and equitable relief as the court deems just and proper.

## COUNT IV
(Arbitrary and Capricious Refusal To Provide Maintenance and Cure)

1 – 5.   Plaintiff adopts and incorporates by reference paragraphs 1 through 5 of Count III as paragraphs 1 through 5 of Count IV.

6.   Although defendant provided plaintiff with temporary benefits under a different statutory system, defendant cut off plaintiff's benefits and failed to provide him with maintenance and cure when plaintiff had not reached maximum cure.

7.   Defendant's actions in failing to provide plaintiff with maintenance and cure are arbitrary and capricious and sufficient to such that defendant should pay plaintiff's attorney fees as well as punitive damages.

WHEREFORE, plaintiff, DARRON WALKER, by and through his undersigned attorneys, respectfully prays that this Honorable Court enter judgment in his favor and against defendant, SCH SERVICES, LLC, in an amount of not less than $50.00 per day as and for reasonable maintenance, to pay the reasonable cost of medical expenses incurred to date and reasonably certain to be incurred for the diagnosis and treatment of his injuries, together with legal interest thereon, and for all costs of these proceedings, plaintiff's attorney fees in bringing this Count IV, punitive damages for defendant's arbitrary and capricious failure to provide cure, and for all further and other relief as justice may require.

Respectfully submitted,

ARMBRUSTER DRIPPS BLOTEVOGEL, LLC

By: */s/ Roy C. Dripps*
      Roy C. Dripps (Lead) #6182013
      Michael T. Blotevogel #6282543
      51 Executive Plaza Court
      Maryville, Illinois 62062
      T:  618/208-0320
      F:  800/927-1529
      royd@adwblaw.com
      mikeb@adwblaw.com

***ATTORNEYS FOR PLAINTIFF***